UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | MC 15-00055-JFW (AS) | Date | March 20, 2015 |
|---|---|---|---|
| Title | *US Equal Employment Opportunity Commission v. Western Express, Inc.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**    **Order to Show Cause Why Petitioner's Subpoena Should Not Be Enforced**

    Petitioner the U.S. Equal Employment Opportunity Commission ("EEOC") has filed an Application for an Order to Show Cause as to why its subpoena <u>duces</u> <u>tecum</u> (Subpoena No. LA 14-028) should not be enforced. The EEOC served the subpoena on Respondent Western Express, Inc. on August 7, 2014 pursuant to Title I, Section 107 of the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. § 12117. The subpoena was served in the investigation of charges of discrimination alleging disability discrimination and retaliation. According to the EEOC, Respondent received the documents on August 25, 2014, and has not fully complied with the subpoena.

    Accordingly, the Court hereby ORDERS as follows:

- Respondent shall appear on **Thursday, May 7, 2015, at 10 a.m.** in Courtroom F on the Ninth Floor of the United States Courthouse located at 312 North Spring Street, Los Angeles, California, 90012, and show cause why Respondent should not be compelled to comply with Subpoena No. LA 14-028 issued and served by the EEOC.

- Petitioner shall serve Respondent with a copy of this Order to Show Cause along with the Application, Memorandum of Points and Authorities, and all other supporting documents on or before **March 27, 2015**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | MC 15-00055-JFW (AS) | Date | March 20, 2015 |
|---|---|---|---|
| Title | *US Equal Employment Opportunity Commission v. Western Express, Inc.* | | |

- Respondent shall file and serve its written Answer or Response to the EEOC's Application **no later than April 17, 2015**.

- Any reply to Respondent's Answer or Response shall be filed by the EEOC **no later than April 24, 2015**.

|  | 0 : 00 |
|---|---|
| Initials of Preparer | AF |