1 ANNA Y. PARK, CA SBN 164242
2 SUE J. NOH, CA SBN 192134
  DEREK W. LI, CA SBN 150122
3 U.S. EQUAL EMPLOYMENT
  OPPORTUNITY COMMISSION
4 255 E. Temple Street, 4th Floor
5 Los Angeles, CA  90012
  Telephone: (213)894-1077
6 Facsimile: (213)894-1301
7 E-mail: lado.legal@eeoc.gov

8
  Attorneys for Plaintiff EEOC
9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

13 | U.S. EQUAL EMPLOYMENT | ) Case No. 2:15-mc-00055-JFW(ASx) |
   | OPPORTUNITY COMMISSION, | ) |
14 |   | ) **[PROPOSED] ORDER RE:** |
15 |        Petitioner, | ) **PETITIONER EEOC'S** |
   |   v. | ) **REQUEST FOR VOLUNTARY** |
16 |   | ) **DISMISSAL OF ITS** |
17 | WESTERN EXPRESS, INC., | ) **APPLICATION TO SHOW** |
   |   | ) **CAUSE TO ENFORCE ITS** |
18 |        Respondent. | ) **SUBPOENA ON DEFENDANT** |
19 |   | ) **WESTERN EXPRESS** |

("[PROPOSED]" shown with strikethrough)

1  On March 10, 2015, Petitioner United States Equal Employment Opportunity Commission ("Petitioner" or "EEOC") filed its application to enforce its administrative subpoena (Subpoena Duces Tecum LA 14-028 or "Subpoena") against Respondent Western Express, Inc. (ECF No. 1- 3). Respondent subsequently produced additional documents to respond to the Subpoena. On May 29, 2015, the Court held a hearing and ordered Respondent to further comply with the Subpoena by submitting an additional declaration responsive to the Subpoena demands still in dispute. (ECF No. 16). On June 11, 2015, Respondent sent the declaration to the EEOC as ordered by the Court.

Because Respondent has subsequently produced responsive documents and has complied with the Court's Order, the issues raised by the EEOC's application to enforce its Subpoena against Respondent have been resolved. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the EEOC requests for the voluntary dismissal without prejudice of the EEOC's subpoena enforcement action.

**FOR GOOD CAUSE SHOWN,** the EEOC's request for voluntary dismissal of its application to enforce its Subpoena pursuant to Federal Rule of Civil Procedure 41(a)(2) **IS GRANTED. IT IS SO ORDERED** that the EEOC's application to enforce its Subpoena is hereby dismissed without prejudice.

Dated: July 29, 2015

_____/ s /_____
HON. ALKA SAGAR
United States Magistrate Judge

Submitted by:

*/s/ Derek W. Li*
_____
Derek W. Li
Attorney for Petitioner EEOC

1
Order re: EEOC'S Req. for Dismissal Appl. to Enforce Subpoena